AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4-22-CV-253

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EXPERIAN INFORMATION SOLUTIONS, INC.

was received by me on *(date)* 08-08-2022 .

☒ I personally served the summons on the individual at *(place)* CT Corporation System
400 E Court Ave Des Moines, IA 50309 on *(date)* 08-09-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2022

_____
*Server's signature*

DeMarcus Marquel Williamson
*Printed name and title*

1173 Prairie View Drive Apt 73208 WDM, IA
*Server's address*                                50266

Additional information regarding attempted service, etc:

Print     Save As...     Reset

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C T Corporation Systems
400 E Court Ave
Des Moines, IA 50309

9590 9402 5661 9308 1428 78

2. Article Number (Transfer from service label)

022 0410 0002 8617 5489

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Lisa Barrell

C. Date of Delivery

8/8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[postmark: DES MOINES STATION / AUG 09 2022 / DES MOINES, IA 50315-4228]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 5661 9308 1428 78

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

DeMarcus Marquel Williamson
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266

R 3)